# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| C-1 HEADLANDS LLC,<br>　*Plaintiff*, | § § § | |
| vs. | § § | CIVIL ACTION NO. **4:21-CV-2338** |
| ROMARK GLOBAL PHARMA, LLC,<br>　*Defendant*. | § § § § | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff C-1 Headlands LLC hereby makes the following disclosure:

Plaintiff C-1 Headlands LLC is a wholly owned subsidiary of Headlands Research, Inc., a Delaware Corporation.

<div style="margin-left:50%">

RESPECTFULLY SUBMITTED,

**BRADLEY ARANT BOULT CUMMINGS, LLP**

**By:**  /s/ Robert H. Ford
　　　Robert H. Ford
　　　rford@bradley.com
　　　TX State Bar No. 24074219
　　　Federal ID No. 1392569
　　　600 Travis Street, Suite 4800
　　　Houston, Texas 77002
　　　(713) 576-0300 Telephone
　　　(713) 576-0301 Telecopier
　　　**COUNSEL OF RECORD AND ATTORNEY-IN-CHARGE FOR PLAINTIFF C-1 HEADLANDS LLC**

</div>