United States District Court
Southern District of Texas
**ENTERED**
December 24, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| C-1 HEADLANDS LLC,  *Plaintiff*, | § § § |
| vs. | § § CIVIL ACTION NO. **4:21-CV-02338** |
| ROMARK GLOBAL PHARMA, LLC,  *Defendant*. | § § § § § |

**FINAL JUDGMENT**

On this day, the Court considered Plaintiff C-1 Headlands LLC's "Motion for Clerk's Entry of Default and Court's Entry of Default Judgment," filed in the above-captioned cause. After due consideration, the Court is of the opinion that the motion should be granted and a final judgment entered.

Accordingly **IT IS ORDERED** that Plaintiff C-1 Headlands LLC's "Motion for Clerk's Entry of Default and Court's Entry of Default Judgment," be, and hereby is, **GRANTED**.

Therefore, the Court hereby **ENTERS FINAL JUDGMENT** in the above-captioned cause pursuant to Federal Rule of Civil Procedure 55(b)(2), finding for C-1 Headlands LLC on all of its claims, and **AWARDS** C-1 Headlands LLC the following relief:

- actual damages in the amount of **$799,972.48**;

- reasonable attorney's fees in the amount of **$12,584.00** pursuant to Paragraph 19 of the Trial Agreements;
- prejudgment interest at the rate of 9% per annum, pursuant to N.Y. C.P.L.R. §§ 5001 and 5004 (McKinney), from July 21st, the date of filing—which, under New York law, is the "single reasonable intermediate date" between the "earliest ascertainable date the cause of action existed" and the various dates subsequent thereto on which damages continued to be incurred—to the date of the Court's judgment;
- at the applicable rate per annum, pursuant to 28 U.S.C. § 1961(a), calculated from the date of the entry of judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment," until it is fully paid; and
- Costs of Court.

**IT IS FINALLY ORDERED** that this constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58(a) and is therefore immediately appealable. All relief not expressly granted herein is denied.

**SIGNED** this __23rd__ day of _____December_____, 2021.

_____
THE HONORABLE GEORGE HANKS
United States District Judge